M.H.Z. Physical Therapy, P.C., as Assignee of Kevindale Nurse, Appellant,
against
Allstate Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered October 30, 2014. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment. Defendant opposed the motion and cross-moved for summary judgment dismissing the complaint on the ground that it did not provide insurance coverage for the vehicle in question on the date of the accident. By order entered October 30, 2014, the Civil Court denied plaintiff's motion and granted defendant's cross motion.
In support of its cross motion, and in opposition to plaintiff's motion, defendant submitted an affidavit by its senior field support representative, who described the details of a record search which she had performed and stated that her search had revealed that there was no Allstate Insurance Company policy covering the subject vehicle in effect on the date of the accident. We find that defendant's affidavit was sufficient to demonstrate, prima facie, that plaintiff's claim did not arise out of a covered incident (see Central Gen. Hosp. v Chubb Group of Ins. Cos., 90 NY2d 195, 199 [1997]; Renelique v Allstate Ins. Co., 47 Misc 3d 140[A], 2015 NY Slip Op 50609[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]). Inasmuch as plaintiff failed to raise a triable issue of fact, the Civil Court properly denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint (see Zuckerman v City of New York, 49 NY2d 557 [1980]; Renelique v Allstate Ins. Co., 47 Misc 3d 140[A], 2015 NY Slip Op 50609[U]).
Accordingly, the order is affirmed. 
Weston, J.P., Aliotta and Elliot, JJ., concur.
Decision Date: November 21, 2016